AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

### District of Utah

| | |
|---|---|
| Devin Gomez, | |
| Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Dealersocket, | Case Number: 2:20-cv-569 |
| Defendant. | |

IT IS ORDERED AND ADJUDGED

That this action is dismissed with prejudice.

February 9, 2021                BY THE COURT:

*Date*

_____
Howard C. Nielson, Jr.
United States District Judge